# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Borst-Smith,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Medical Society Business Services Incorporated,<br><br>　　　　　　Defendant. | No. CV-16-00492-PHX-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Stipulation of Dismissal. (Doc. 12.) For good cause shown,

**IT IS ORDERED** that this case is dismissed with prejudice, with each party to pay her or its own attorney's fees and costs.

**IT IS FURTHER ORDERED** vacating any pending hearings.

Dated this 25th day of July, 2016.

Douglas L. Rayes
United States District Judge